United States District Court
Southern District of Texas
**ENTERED**
April 27, 2020
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, THE STATE OF TEXAS, And *ex rel.* [under seal] § § § § § § § § § § § § | | Civil No: 4:19-cv-3696 |
| *Plaintiffs,* | | **FILED UNDER SEAL** Pursuant to 31 U.S.C § 3730 |
| vs. | | |
| Lucky A. Chopra MD, et al | | Judge David Hittner |
| *Defendants,* | | |

ORDER ON
THE UNITED STATES NOTICE OF ELECTION NOT TO INTERVENE

Following Notice from the United States that it has elected not to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court ORDERS the following:

1. The Complaint be unsealed and served upon the defendants by the relators;

2. That all other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants or relators, except for this Order and the United States Notice of Election not to Intervene which the relators will serve upon the defendants only after service of the Complaint;

3. The seal in this action be lifted on all other matters occurring after the date of this ORDER;

4. The parties shall serve copies of all pleadings and motions, including supporting memoranda, on the United States and the State of Texas;

5. The parties shall serve copies of all deposition transcripts requested by the United States to the United States at the United States expense;

6. The parties shall serve all notices of appeal upon the United States;

7. The United States is entitled to intervene in this action, for good cause, at any time;

8. That all orders of this Court shall be sent to the United States and the State of Texas; and

9. That this action may not be dismissed, settled, or otherwise discontinued without the written consent of the United States as required in 31 U.S.C. § 3730(b)(1).

Signed at Houston, Texas on _____Apr 6_____, 2020.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE