IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA Ex.Rel.(s) ARTHUR MINGUEZ, JR., Dr. LARRY POLLOCK, BRANDY MILLER, and KELSEY NOBLE | CIVIL ACTION No. 19-3696 |
| STATE OF TEXAS, Ex.Rel.(s) ARTHUR MINGUEZ, JR., Dr. LARRY POLLOCK, BRANDY MILLER, and KELSEY NOBLE | |
| vs. | |
| LUCKY A. CHOPRA, MD, L. CHOPRA, MD, PA, ROBERT TURNER, TARIK TEWARY, JUSTIN RAINER, RUBIN SHAH, HENRY SMALL, MD, et al | |

## NOTICE OF VOLUNTARY DISMISSAL

## PURSUANT TO F.R.C.P.41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-styled action is voluntarily

dismissed without prejudice as to any claims that the United States or the State of Texas may have against the Defendants.

Respectfully submitted:

MARTY HERRING & ASSOC.

/s/ Joan M. Herring

Joan M. Herring, Of Counsel
TBN: 14637850
FBN: 7034
Marty Herring
TBN: 09533700
FBN: 6693
1616 South Voss Road, Suite 890
Houston, Texas 77057
Telephone: (832) 274-0982
Facsimile: (713) 787-9885
Jherr4753@aol.com

**AGREE TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE**:

United States of America, by

/s/ *Julie Redlinger*

Julie Redlinger
Assistant U.S. Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
**713-567-9779** (office)
713-819-4692 (cell)
Julie.Redlinger@usdoj.gov

State of Texas, by

/s/ *Robert Savage*

Robert Savage
Assistant Attorney General
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas 78711-2548
Direct: (512) 936-1446
robert.savage@oag.texas.gov