United States District Court
Southern District of Texas
**ENTERED**
July 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| USA, et al, § § § Plaintiff, § v. § Lucky A. Chopra, MD., et al, § § Defendants. § | Civil Action No. H-19-3696 |

### ORDER

Pursuant to the Notice of Voluntary Dismissal With Prejudice filed on July 6, 2020 the above referenced case is hereby dismissed without prejudice as to United States of America and the State of Texas pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

Signed this ___7___ day of July, 2020.

DAVID HITTNER
United States District Judge