IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA Ex.Rel.(s) ARTHUR MINGUEZ, JR., Dr. LARRY POLLOCK, BRANDY MILLER, and KELSEY NOBLE | § CIVIL ACTION No. 19-3696 § § § § § |
| STATE OF TEXAS, Ex.Rel.(s) ARTHUR MINGUEZ, JR., Dr. LARRY POLLOCK, BRANDY MILLER, and KELSEY NOBLE | § § § § § § |
| vs. | § § |
| LUCKY A. CHOPRA, MD, L. CHOPRA, MD, PA, ROBERT TURNER, TARIK TEWARY, JUSTIN RAINER, RUBIN SHAH, HENRY SMALL, MD, et al | § § § § § |

## NOTICE OF VOLUNTARY DISMISSAL

## PURSUANT TO F.R.C.P.41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-styled action is voluntarily dismissed without prejudice as to any claims that the Relators, Arthur Minguez, Jr.,

Brandy Miller, Dr. Larry Pollock and Kelsey Herring may have against the Defendants.

Respectfully submitted:

MARTY HERRING & ASSOC.

*[signature: Joan M. Herring]*

Joan M. Herring, Of Counsel
TBN: 14637850
FBN: 7034
Marty Herring
TBN: 09533700
FBN: 6693
1616 South Voss Road, Suite 890
Houston, Texas 77057
Telephone: (832) 274-0982
Facsimile: (713) 787-9885
Jherr4753@aol.com
ATTORNEYS FOR RELATORS